Christopher J. Reichman, SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST CHOICE CREDIT MANAGEMENT, LLC.,<br>a Florida Limited Liability Company,<br>ANTHONY P. SACCHETILLO, an individual,<br><br>          Defendants. | Case No.: 8:15-cv-523 JLS-DFM<br><br>**NOTICE OF DISMISSAL**<br><br><br><br>Hon. Josephine L. Stanton |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is

voluntarily dismissed, with prejudice against all defendants (FIRST CHOICE

CREDIT MANAGEMENT, LLC and ANTHONY P. SACCHETILLO) pursuant

to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  None of the Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: May 27, 2015	**PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN